[No. 23711-0-I. Division One. December 11, 1989.]

ROBERT HUCKINS, *Appellant,* v. MARGARET HANSON, *Individually and as Guardian,* ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-08692-3, John M. Darrah, J., entered January 17, 1989. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Grosse, A.C.J., and Deierlein, J. Pro Tem.

[No. 20778-4-I. Division One. December 11, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN E. ESTIGOY, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 87-1-00190-6, David A. Nichols, J., entered September 3, 1987. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman, C.J., and Winsor, J.

[No. 11829-7-II. Division Two. December 12, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH M. LAWRENCE, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 85-1-00109-9, Carol A. Fuller, J., entered February 18, 1988. *Affirmed* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Dolliver and Pearson, JJ. Pro Tem.